**Opinions of the United States Court of Appeals for the Third Circuit**



7-19-2005

# Mensah v. Natl Crime Info Ctr

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1872

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Mensah v. Natl Crime Info Ctr" (2005). *2005 Decisions.* Paper 816.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/816

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

DPS-211                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-1872
_____

CAROLYN R. MENSAH,

Appellant

v.

UNITED STATES DEPARTMENT
OF JUSTICE, NATIONAL CRIME
INFORMATION CENTER*

(*Amended per Clerk's Order of 3/30/05)
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 05-01101)
District Judge: Honorable Marvin Katz
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
April 28, 2005

Before: ROTH, BARRY and SMITH, <u>Circuit</u> <u>Judges</u>

(Filed :July 19, 2005)
_____

OPINION
_____

PER CURIAM

    Carolyn R. Mensah, proceeding *pro se* and *in forma pauperis*, filed suit against the

United States Department of Justice National Crime Information Center, seeking to expunge any derogatory information or criminal record allegedly improperly registered under her name and the names of her sons. She claimed that, as a result of incorrect information recorded in the National Crime Information Center, the FBI and other agents of the government put her and her sons under surveillance, framed them for crimes they did not commit, and forced them to commit sex acts on Osprey pilots and others. She also alleged that she and her family members have suffered grievous harm from FBI-controlled lasers and radio waves. In her complaint, and apparently included by reference on forms for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 that she filed at the same time as her complaint, Mensah also contended that her older son, either as a cat or as a person, has been detained in an undisclosed location by an FBI agent named O'Malley.

The District Court dismissed Mensah's action as frivolous. Mensah appeals.

We agree with the District Court that Mensah's claims against the National Crime Information Center are clearly baseless.[1] *Denton v. Hernandez*, 504 U.S. 25, 32-3 (1992). Her appeal, therefore, must be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(i) (2005).

---

[1]She has waived any claims against an FBI agent named O'Malley by asserting that the National Crime Information Center was the sole defendant in her District Court suit.